# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

131103

ISKANDAR MANUEL, MAGGIE MANUEL,
JIMMY MANUEL, JOSEPH MANUEL, IMAD
MANUEL, and ADEL MANUEL,
      Plaintiffs-Appellees,

v

TIMOTHY J. GILL, COUNTY OF CLINTON,
COUNTY OF EATON, RUSTY BANEHOFF,
COUNTY OF INGHAM, EATON COUNTY
SHERIFF, CLINTON COUNTY SHERIFF,
KENNETH KNOWLTON, LANSING CHIEF OF
POLICE, CITY OF LANSING, LANSING
POLICE COMMISSION, JIMMY PATRICK,
and INGHAM COUNTY SHERIFF,
      Defendants-Appellees

and

TRI-COUNTY METRO NARCOTICS SQUAD,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131103
COA: 258933
Ingham CC: 03-001944-NO

On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

_____
Clerk

t0328